# JacksonLewis

**Jackson Lewis P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights NJ  07922
(908) 795-5200 Main
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

JOHN K. BENNETT
Email:  John.Bennett@jacksonlewis.com

LENA K. KIM
Email:  Lena.Kim@jacksonlewis.com

July 28, 2026

**VIA ECF FILING**

Hon. José R. Almonte, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

Re:    Eun v. Samsung Electronics America, Inc.
       Civil Action No. 2:24-cv-10859-CCC-JRA

Dear Judge Almonte:

This Firm represents Defendant Samsung Electronics America, Inc. ("SEA" or "Defendant") in connection with the above-captioned employment matter. We write in connection with the Court's Discovery Order, dated July 8, 2026.

As of the date of this letter, Defendant has shared its initial ESI proposal with Plaintiff's counsel. The July 8, 2026 Discovery Order instructs the parties to meet and confer regarding Defendant's initial ESI proposal by July 27, 2026, and to submit a joint letter regarding any remaining disputes by August 3, 2026.

As set forth in Plaintiff's counsel's letter, dated July 2, 2026 (D.E. 51), counsel will be out of the country and on a leave of absence from July 9, 2026 through August 10, 2026. In light of Plaintiff's counsel's absence, Defendant writes to request an extension of the deadlines set forth in the July 8, 2026 Discovery Order. Specifically, Defendant request that the parties be granted until **August 17, 2026** to meet and confer regarding Defendant's initial ESI proposal and to submit a joint letter regarding any disputes by **August 24, 2026.**

We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*s/ Lena K. Kim*
John K. Bennett, Esq.
Lena K. Kim, Esq.

Cc: Ryan Kim, Esq. (By ECF filing)