RYAN KIM | LAW

222 Bruce Reynolds Blvd. Suite 490
Fort Lee, NJ 07024
Telephone: (718) 573-1111

August 17, 2026

**VIA ECF**

The Honorable Judge José R. Almonte
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Eun v. Samsung Electronics America, Inc., 2:24-cv-10859**

Dear Judge Almonte,

This firm represents Plaintiff in the above-referenced matter.

Plaintiff respectfully requests a short extension of the deadline to meet and confer regarding Defendant's initial ESI proposal.

On July 30, 2026, the Court entered a Letter Order granting the parties until August 17, 2026 to meet and confer regarding Defendant's initial ESI proposal and until August 24, 2026 to submit a joint letter regarding any remaining disputes.

Plaintiff's counsel recently returned from leave and has been working to address several matters that accumulated during counsel's absence. In addition, counsel has a full-day deposition scheduled for August 17, 2026, making it impracticable to complete the required meet and confer by the current deadline.

Plaintiff also requires additional time to review and discuss Defendant's initial ESI proposal with Plaintiff. In particular, Plaintiff and counsel need to confer regarding the proposed custodians, search terms, date range, and sources of ESI before Plaintiff can meaningfully meet and confer with Defendant. Defendant's initial proposal identifies emails as the sole source of ESI. Plaintiff anticipates proposing additional sources of electronically stored information, including text messages and other messaging platforms, and additional search terms and custodians based on information provided by Plaintiff. Accordingly, a brief extension is necessary to allow Plaintiff and counsel sufficient time to review these issues and confer regarding an appropriate ESI protocol.

Accordingly, Plaintiff respectfully requests that the Court extend the deadline for the parties to meet and confer regarding Defendant's initial ESI proposal through August 21, 2026. Plaintiff further requests that the August 24, 2026 deadline for submission of the joint letter remain unchanged, so that the parties may promptly report any remaining ESI disputes to the Court following the meet and confer.

Plaintiff has conferred with Defendant regarding this request. Defendant has advised that it does not oppose Plaintiff's request for an extension.

For these reasons, Plaintiff respectfully requests that the Court grant this short extension.

Respectfully submitted,

/s/ Ryan J. Kim
Ryan J. Kim, Esq.
Ryan Kim Law, P.C.
222 Bruce Reyonolds Blvd
Suite 490
Fort Lee, NJ 07024
ryan@RyanKimLaw.com
*Attorney for Plaintiff*